**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| | : | CIVIL ACTION NOS. |
| | : | |
| FRISBIE, et al. | : | 02-4502 |
| SULLIVAN, et al. | : | 02-4515 |
| YERAM, et al. | : | 02-4580 |
| ASHBAUGH, et al. | : | 02-4767 |
| ALLEN | : | 02-4816 |
| BALOFF, et al. | : | 02-4826 |
| ALAMARES, et al. | : | 02-4868 |
| ANDREW, et al. | : | 02-4893 |
| BERA, et al. | : | 02-4919 |
| BEAUCHAMP, et al. | : | 02-4935 |
| BERRY | : | 02-4953 |
| COONEY, et al. | : | 02-4959 |
| GARGANO, et al. | : | 02-4987 |
| GARCIA, et al. | : | 02-4999 |
| FRANKLIN, et al. | : | 02-5048 |
| HIGH, et al. | : | 02-5057 |
| GOSWAMI, et al. | : | 02-5093 |
| FRYER, et al. | : | 02-5100 |
| HARLAN, et al. | : | 02-5130 |
| VACCARO, et al. | : | 02-5140 |
| GUTIERREZ | : | 02-5175 |
| TURNER, et al. | : | 02-5200 |
| TODD | : | 02-5225 |
| TAYLOR | : | 02-5235 |
| MOORE, et al. | : | 02-5278 |
| MUSSELMAN, et al. | : | 02-5279 |
| LAURILA, et al. | : | 02-5288 |
| CAYAS, et al. | : | 02-5299 |
| WASSERMAN, et al. | : | 02-5354 |
| CAMPBELL | : | 02-5357 |
| JENSEN | : | 02-5393 |
| RYAN | : | 02-5438 |
| JONES | : | 02-5445 |
| PRICE, et al. | : | 02-5488 |
| HERNANDEZ, et al. | : | 02-5598 |
| | : | |
| VS. | : | |
| | : | |
| BAYER CORPORATION, *et al.* | : | |

# O R D E R

      **AND NOW,** this       day of July, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

[    ]   -   Order staying these proceedings pending disposition of a related action.

[    ]   -   Order staying these proceedings pending determination of arbitration proceedings.

[    ]   -   Interlocutory appeal filed.

[  X  ]   -   Other: Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring case to District of Minnesota.

It is

      **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

      **FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

                    **BY THE COURT:**


_____

**Bruce W. Kauffman, Judge**